**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WHEELAND,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>RANDY GROUNDS, Warden,<br><br>　　　　Respondent. | No. C 11-02310 EJD (PR)<br><br>ORDER GRANTING MOTION TO REINSTATE HABEAS ACTION; VACATING JUDGMENT AND REOPENING CASE; DIRECTING PETITIONER TO PAY FILING FEE<br><br>(Docket No. 8) |

　　　　Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. On January 18, 2012, the Court dismissed the instant action pursuant to Northern District Local Rule 3-11.  (See Docket No. 6.)

　　　　On January 26, 2012, Petitioner filed a motion to reinstate the habeas action, asserting that the returned mailed was due to an error in the prison mail room and that his address has not changed.  (Docket No. 8.)  Good cause appearing, the Judgment entered on January 18, 2012, (Docket No. 7), is VACATED.

　　　　Petitioner is advised that the Court has denied his motion for leave to proceed in forma pauperis ("IFP") because Petitioner has not shown an adequate level of poverty.  (See Docket No. 4.)  Petitioner must pay the $5 filing fee **within thirty (30) days** of the date of this order or face dismissal of this action for failure to pay

Order Granting Motion to Reinstate Action; Reopening Case
G:\PRO-SE\SJ.EJD\HC.11\02310Wheeland_reopen.wpd

the filing fee.

The Clerk shall reopen the file, and include a copy of the Court's Order Denying Motion for Leave to Proceed IFP, (Docket No. 4), with a copy of this order to Petitioner.

This order terminates Docket No. 8.

DATED: 5/8/2012

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES WHEELAND,

          Petitioner,

  v.

RANDY GROUNDS, Warden,

          Respondent.

Case Number: CV11-02310 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/8/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Wheeland F-93221
Soledad State Prison
Soledad, CA 93960-0689

Dated: 5/8/2012

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk